IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02047-PAB-BNB

RUTHIE ROBERTS JOHNSON,

Plaintiff,

v.

SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 105,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Uncontested Motion to Amend Scheduling Order** [docket no. 17, filed July 29, 2011] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED and the discovery cut-off is extended to and including **September 1, 2011**, and the dispositive motion deadline is extended to and including **October 1, 2011**.

      IT IS FURTHER ORDERED that the Pretrial Conference set for November 8, 2011, is **vacated and reset to December 6, 2011, at 9:00 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.L.1.b., is due on or before **November 29, 2011**.  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. See D.C.COLO.LCivR 83.2B.

DATED:  August 1, 2011